## HART v. MOON.

The limitation of the jurisdiction of Justices of the Peace in civil cases, to actions where the amount in dispute does not exceed two hundred dollars, does not apply to actions of forcible entry.

The complaint in an action of forcible entry need not pray for treble damages, to warrant the Court in trebling them.

APPEAL from the County Court of Alameda County.

Action of forcible entry. The prayer of the complaint is for restitution, and that defendants may be punished by payment of proper fine, and costs, and damages sustained by plaintiff.

The jury rendered a verdict for plaintiff, for $275, which was trebled by the Court.

Defendant appealed.

E. R. Carpentier, for Appellant.

S. S. Chipman, H. S. Foote, A. G. Wilson, A. Williams and E. Cook, for Respondent.

The opinion of the Court was delivered by Mr. Justice TERRY. Mr. Chief Justice MURRAY concurred.

The decision of Zander v. Coe, limiting the jurisdiction of justices in civil cases, does not apply to proceedings under the statute concerning forcible entry. The motion for non-suit was properly overruled, as there was abundant evidence introduced by plaintiff to justify a verdict in his favor.

The points that the pleadings were insufficient to justify the judgment, and that the Court erred in trebling the damages assessed by the jury, have heretofore been decided in the case of O'Callaghan v. Booth and Deal, at the October term, 1855.

Judgment affirmed, with costs.